UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JANIS MARIE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13-cv-04100-SLD-JEH |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

ORDER

This matter comes before the Court on the Report and Recommendation, ECF No. 16, of United States Magistrate Judge Jonathan E. Hawley. Judge Hawley recommends that this Court affirm the decision of the Commissioner of Social Security. The Commissioner determined that Plaintiff Janis Marie Johnson was not disabled and, therefore, denied Plaintiff's application for Social Security Disability Insurance Benefits.

Objections to the Report and Recommendation were due on or before March 6, 2015. Neither party has filed objections. This Court reviews findings of the Report and Recommendation to which no objection has been made for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) (noting in addition that a party who fails to object to the report and recommendation waives appellate review of factual and legal questions).

After reviewing the record, the Report and Recommendation, the parties' Motions and memorandum, as well as the applicable law, this Court finds no clear error.

IT IS THEREFORE ORDERED THAT:

1. The Report and Recommendation, ECF No. 16, is ADOPTED in its entirety.

1

2. Defendant's Motion for Summary Affirmance, ECF No. 13, is GRANTED, and Plaintiff's Motion for Summary Judgment, ECF No. 10, is DENIED.  THIS CASE IS CLOSED.

Entered this 12th day of March, 2015.

s/ Sara Darrow
SARA DARROW
UNITED STATES DISTRICT JUDGE
